IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN
DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENNIS J. BROOKS, | : | CIVIL ACTION |
| | : | NO. 97-2083 |
| Plaintiff, | : | HON. GARY L. LANCASTER |
| | : | |
| v. | : | |
| | : | NOTICE OF STIPULATION OF |
| | : | DISMISSAL WITH PREJUDICE |
| AMERICAN CENTENNIAL | : | PURSUANT TO RULE 41 AND |
| INSURANCE COMPANY, | : | ORDER GRANTING DISMISSAL |
| | : | WITH PREJUDICE |
| Defendant, | : | |

**TO THE CLERK OF THE COURT:**

NOTICE IS HEREBY GIVEN AND IT IS HEREBY STIPULATED by and through the counsel of record for Plaintiff Dennis J. Brooks and Defendant American Centennial Insurance Company that the above-captioned matter be and hereby is dismissed in its entirety with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and in accordance with the Settlement Agreement and Release entered into by both parties in this case. Each party to this stipulation shall bear its own costs and attorney's fees. This stipulation shall not affect any claim American Centennial Insurance Company may hereafter file against North Star Reinsurance Corporation.

DATED:   November 29, 2005

Kirkpatrick & Lockhart Nicholson
Graham LLP

By: _____
Joseph Leibowicz
Attorneys for Plaintiff Dennis J. Brooks

1

DATED:    November 30, 2005        Riker, Danzig, Scherer, Hyland
                                    & Perretti LLP

                                    By: _____
                                    Shawn L. Kelly
                                    Attorneys for American Centennial
                                    Insurance Company

DATED     November 30, 2005         Weber, Gallagher, Simpson, Stapleton,
                                    Fires & Newby LLP

                                    By: _____
                                    Samuel H. Foreman
                                    Attorneys for American Centennial
                                    Insurance Company

**IT IS SO ORDERED.**

DATED:    December 20, 2005

                                    _____
                                    Gary L. Lancaster
                                    United States District Court Judge

3601046.1